IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ANTHONY DELOACH                                                                     PLAINTIFF

v.                          Civil No. 16-cv-6112

FRENCH QUARTER PARTNERS, LLC,
Individually and d/b/a FRENCH QUARTER; and
DALE KLOSS a/k/a DUKE KLOSS                    DEFENDANTS

### **ORDER**

Before the Court is Plaintiff's Motion to Dismiss Without Prejudice. ECF No. 12. Plaintiff seeks voluntary dismissal of this case pursuant to Federal Rule of Civil Procedure 41(a)(2). Upon consideration, the Court finds that Plaintiff's motion should be and hereby is **GRANTED**. Plaintiff's claims against both Defendants are **DISMISSED WITHOUT PREJUDICE**. The Court acknowledges that Plaintiff reserves the right to seek attorney fees and costs.

**IT IS SO ORDERED**, this 2nd day of August, 2017.

                                                                          /s/ Susan O. Hickey
                                                                          Susan O. Hickey
                                                                          United States District Judge